AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__NORTHERN__ District of __CALIFORNIA__

FRANCISCA MORALEZ

          Plaintiff (s),

V.

POWER SUPPLY COLLECTIVE, INC., et al.

          Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 3:17-cv-00634-CRB

Notice is hereby given that, subject to approval by the court, __Plaintiff, Francisca Moralez__ substitutes
(Party (s) Name)

__Tanya E. Moore (Moore Law Firm, P.C.)__, State Bar No. __206683__ as counsel of record in
(Name of New Attorney)

place of __Tanya E. Moore (Mission Law Firm, A.P.C.)__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: Moore Law Firm, P.C.
    Address: 332 North Second Street, San Jose, CA 95112
    Telephone: (408) 298-2000     Facsimile (408) 298-6046
    E-Mail (Optional): service@mission.legal

I consent to the above substitution.

Date: 11/21/18      *Francisca Moralez*
                                      Francisca Moralez (Nov 21, 2018)
                                      (Signature of Party (s))

I consent to being substituted.

Date: 11/27/2018      */s/ Tanya E. Moore*
                                      (Signature of Former Attorney (s))

I consent to the above substitution.

Date: 11/27/2018      */s/ Tanya E. Moore*
                                      (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____      _____
                                           Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**