1  Zachary M. Best, SBN 166035
   Tanya E. Moore, SBN 206683
2  MOORE LAW FIRM, P.C.
   332 North Second Street
3  San Jose, California 95112
   Telephone: (408) 298-2000
4  Facsimile: (408) 298-6046
   Email: service@mission.legal
5
   Attorneys for Plaintiff,
6  Francisca Moralez

7  Wendy L. Wilcox, SBN 193644
   Michelle S. Tamkin, SBN 158804
8  SKANE WILCOX, LLC
   1055 W. 7th Street, Suite 1700
9  Los Angeles, California 90017
   Telephone: (213) 452-1200
10 Facsimile: (213) 452-1201
   Email: wwilcox@skanewilcox.com
11 mtamkin@skanewilcox.com

12 Attorneys for Defendant,
   Power Supply Collective, Inc.
13 dba Mypowersupply.com

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCA MORALEZ, | No. 3:17-cv-00634-CRB |
| Plaintiff, | **JOINT REPORT ON PARTIES'** |
| vs. | **PROPOSALS FOR POWER SUPPLY'S** |
| POWER SUPPLY COLLECTIVE, INC. dba MYPOWERSUPPLY.COM, et al., | **WEBSITE AS ORDERED BY THE COURT (Dkt. 90)** |
| Defendants. | |

At the November 9, 2018 Case Management Conference, the Court ordered the parties to draft and exchange proposals for revisions to Defendant Power Supply Collective, Inc. dba mypowersupply.com's ("Power Supply's") website for customers with a disability to have food orders placed on a certain level of Power Supply's self-service refrigerator, and to offer comments as to each other's submissions.  (Dkt. 90.)  The parties were further ordered to submit a joint report to the court by January 18, 2019, if they were able to reach agreement regarding the website; otherwise a Case Management Conference would be held on that date. (The court later continued the Case Management Conference to January 25, 2019.)

After exchanging proposals, the parties have agreed that Power Supply's website will be changed as follows:

 1. The website will show a global handicapped icon in the ordering process, which will display the following accessibility option checkboxes:

    A. A checkbox for delivery to a refrigerator shelf between 15-48" high, and

    B. A checkbox for customers who need handles added to the packaged meals.

 2. Language will be added to the gym location pickup selection dialogue explicitly stating that the locations are self-service.

**Plaintiff's Further Report**:

The proposal Plaintiff sent to Power Supply in early Decmeber 2018 to resolve her equitable claim included the further requirement that Power Supply implement policies and procedures to ensure that the meals a patron requests be located within the described reach ranges via the website are in fact placed there by Power Supply's third-party delivery partners. Plaintiff further requires an enforceable written agreement between the Parties (or an injunction), a request Power Supply has not agreed to.  It is Plaintiff's position that even if Power Supply were to modify its website today as suggested, there is nothing that will ensure that it maintains that feature (given it has denied there is any legal requirement that it do so), or

1   that the meals ordered will actually be placed within the reach ranges. Thus, the above
2   "proposal" alone does not resolve Plaintiff's ADA claim.

3   While the parties agree on the website language, the proposal does not in any manner
4   resolve Plaintiff's equitable claim under the Americans with Disabilities Act ("ADA") because
5   it is not a complete resolution, and Power Supply has not agreed to be contractually bound to
6   the agreement. Similarly, no agreement has been reached on Plaintiff's pendent state claim for
7   damages because Power Supply denies that it violated the ADA or the California Unruh Civil
8   Rights Act. And no agreement has been reached as to Plaintiff's claim for attorneys' fees and
9   costs.

**Defendant's Response:**

Defendant Power Supply has informed Plaintiff that the Court instructed the parties to focus on the website issue at present and address any remaining issues thereafter. Power Supply therefore believes that Plaintiff's "Further Report" addresses items outside those ordered by the Court. However, Power Supply did not violate the ADA, and Plaintiff is not entitled to statutory damages or attorney fees and costs. Power Supply further states that it welcomes all customers including those with disabilities, it has a history of implementing disabled customers' requests for accommodations, and will continue to do so. Plaintiff's fears that Power Supply will not maintain the changes to its website or comply with requests to place meals on shelves within reach ranges are unfounded and not based on any evidence. Plaintiff never requested any accommodation from Power Supply, and has no basis for implying that Power Supply would ignore requests that are actually made.

Dated: January 18, 2019                MOORE LAW FIRM, P.C.

*/s/ Tanya E. Moore*
Zachary M. Best
Tanya E. Moore
Attorneys for Plaintiff,
Francisca Moralez

JOINT REPORT ON PARTIES' PROPOSALS FOR POWER SUPPLY'S WEBSITE AS ORDERED BY THE COURT (Dkt. 90)

1 | Dated: January 18, 2019           SKANE WILCOX, LLC

2
                                    */s/ Michelle S. Tamkin*
3                                   Wendy L. Wilcox
                                    Michelle S. Tamkin
4                                   Attorneys for Defendant,
                                    Power Supply Collective, Inc. dba
5                                   Mypowersupply.com

6                              **ATTESTATION**

7
Concurrence in the filing of this document has been obtained from each of the individual(s) whose electronic signature is attributed above.
8

9
                                    */s/ Tanya E. Moore*
10                                  Tanya E. Moore
                                    Attorney for Plaintiff,
11                                  Francisca Moralez